UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARINA CRUZ,

                        Plaintiff,

            -against-

32BJ SEIU, et al.,

                       Defendants.
------------------------------------------------------------ X

19 Civ. 11836 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 2, 2020;

WHEREAS, the initial pretrial conference was previously adjourned because the parties' failed to submit a joint letter and proposed case management plan and scheduling order, pursuant to this Court's Order at Dkt. No. 7 (Dkt. No. 15). The parties were directed to file a joint letter and proposed case management plan and scheduling order by March 26, 2020;

WHEREAS, no materials were filed. It is hereby

**ORDERED** that the parties shall file a joint letter and proposed case management plan and scheduling order by **March 30, 2020, at noon**. Defendants shall serve this order on pro se Plaintiff and file proof of service by March 30, 2020.

The parties are reminded that compliance with this Court's Orders is not optional.

Dated: March 27, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE