```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
CARINA CRUZ,                                  :
                              Plaintiff,      :
                                              :       19 Civ. 11836 (LGS)
            -against-                         :
                                              :            ORDER
32BJ SEIU, et al.,                            :
                              Defendants.     :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference in this matter was held April 2, 2020. As discussed at conference, it is hereby

**ORDERED** that Plaintiffs' counsel shall file an appearance on ECF as soon as possible. It is further

**ORDERED** that Plaintiff shall file any amended complaint by April 30, 2020. It is further

**ORDERED** that Defendants shall file any letter regarding their proposed motion to dismiss, pursuant to the requirements of this Court's Individual Rule III.A.1, by May 14, 2020. Plaintiff shall file a letter response by **May 21, 2020**. It is further

**ORDERED** that the parties shall file a joint letter and proposed case management plan by **May 21, 2020**, pursuant to the instructions in the Order at Dkt. No. 7. The joint letter shall also include the telephone call-in number for a conference call, and if necessary a passcode, for use at the conference on May 28, 2020. It is further

**ORDERED** that a telephonic conference will be held on **May 28, 2020, at 10:40 a.m.** The time of the conference is approximate, but the parties shall be ready to proceed by that time. The Court will call the parties at the call-in number provided in the joint letter once the conference is ready to begin. It is further

**ORDERED** that, if Plaintiff does not retain counsel, she shall inform the Court as soon as possible. Plaintiff is further advised of Standing Order 20mc179, attached hereto, pursuant to which the Court will accept electronic filings via email from pro se plaintiffs without electronic filing privileges until further notice. It is further

**ORDERED** that Defendants shall serve this Order on Plaintiff, and file proof of such service on ECF, by **April 6, 2020**.

Dated: April 2, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

| UNITED STATES DISTRICT COURT | 20mc179 |
| SOUTHERN DISTRICT OF NEW YORK | Judge Colleen McMahon |

IN RE: CORONAVIRUS/COVID-19 PANDEMIC

THIS MATTER RELATES TO:
Temporary Provision for Pro Se Litigants
to File by Email

M10-468

STANDING ORDER

WHEREAS in response to the coronavirus/COVID-19 pandemic, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings and ordered other restrictive measures throughout the state, and in order to protect the health of the public and staff while continuing court operations, it is hereby

ORDERED effective April 2, 2020, and until further order of the Court, the court will accept filings via email from self-represented, or "pro se," litigants without electronic filing privileges. Filings by pro se litigants submitted by email must be sent to Temporary_Pro_Se_Filing@nysd.uscourts.gov, and done in accordance with the procedures found in the April 1, 2020 Addendum to the court's ECF Rules & Instructions (attached).

Pro se parties with an email address are strongly encouraged to consent to receiving electronic service of case activity through notifications sent by email from the court's Electronic Case Filing (ECF) system by submitting the Consent to Electronic Service form (attached).

Pro se parties who do not have electronic filing privileges or who are unable to send documents by email may continue to submit documents by regular mail or through the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, or the U.S. Courthouse at 300 Quarropas Street, White Plains, NY.

SO ORDERED.

Dated: April 1, 2020
New York, NY

_____
COLLEEN McMAHON
Chief United States District Judge