UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARINA CRUZ,
                         Plaintiff,

                                                 19 Civ. 11836 (LGS)
              -against-

                                                 ORDER
32BJ SEIU, et al.,
                       Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is **ORDERED** that the telephonic conference, currently scheduled to occur at May 28, 2020, at 10:40 a.m., is RESCHEDULED to occur at **May 28, 2020, at 9:40 a.m.**

Dated: May 26, 2020
       New York, New York

                                                     **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**