UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                 :

CARINA CRUZ,                           :

                     Plaintiff,    :

                             :           19 Civ. 11836 (LGS)

          -against-       :

                           :              ORDER

32BJ SEIU, et al.,                :

                   Defendants.  :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, by Order dated May 28, 2020, Plaintiff was ordered to file a letter by June 4, 2020, to inform the Court whether she intends to proceed with this case.  Plaintiff was reminded that the court is accepting filings via email from pro se litigants at the following email address: Temporary_Pro_Se_Filings@nysd.uscourts.gov in accordance with the attached Standing Order and instructions (Dkt. No. 33);

       WHEREAS, no such letter was filed.  It is hereby

       **ORDERED** that, by **June 10, 2020**, Plaintiff shall file the letter.  It is further

       **ORDERED** that Defendants shall serve this Order and the Order at Dkt. No. 33 on Plaintiff and file proof of such service by June 8, 2020.

Dated: June 5, 2020
      New York, New York

                                        **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**