UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARINA CRUZ,
                         Plaintiff,

              -against-                          19 Civ. 11836 (LGS)

32BJ SEIU, et al.,                           ORDER
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 30, 2020 pro se Plaintiff filed a Second Amended Complaint, adding Defendant 32BJ SEIU.

      WHEREAS, Defendant ABM Industries has not yet been served with the Amended Complaint.

      WHEREAS, the Court granted pro se Plaintiff's request to proceed *in forma pauperis* *("IFP")* (Dkt. No 3). Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

      The Clerk of Court is respectfully requested to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant ABM Industries and issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service of the Second Amended Complaint upon this defendant; and to mail this order to pro se Plaintiff.

      So Ordered.

Dated: July 1, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE