UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :

CARINA CRUZ,                            :

                          Plaintiff,     :

                                        :           19 Civ. 11836 (LGS)

                    -against-         :

                                        :                 ORDER

32BJ SEIU, et al.,                    :

                        Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 30, 2020, Plaintiff filed a Second Amended Complaint (Dkt. No.

49), adding Defendant ABM Industries as a defendant;

      WHEREAS, on July 1, 2020, an order was issued directing the U.S. Marshals Service to

effect service of the Second Amended Complaint on Defendant ABM Industries (Dkt. No. 52);

      WHEREAS, on July 31, 2020, Defendant ABM Industries appeared in the action (Dkt.

No. 69).  It is hereby

      **ORDERED** that a status conference will occur on **September 3, 2020**.  The status letter

shall occur telephonically.  It is further

      **ORDERED** that, by **August 13, 2020**, Defendant ABM Industries shall file any pre-

motion letter seeking to move to dismiss the Second Amended Complaint, and Defendant SEIU

shall renew its pre-motion letter seeking to move to dismiss.  It is further

      **ORDERED** that, by **August 20, 2020**, Plaintiff shall file any letter response to

Defendants' pre-motion letters.  It is further

      **ORDERED** that, by **August 27, 2020**, the parties shall jointly file a status letter pursuant

to this Court's Individual Rule IV.A.2, and a proposed amended case management plan and

scheduling order.  The status letter shall include a conference line and, if necessary, access code

for the status conference, or a statement that the parties are unable to provide a conference line.  It

is further

      **ORDERED** that Defendant SEIU shall serve this Order on Plaintiff and file proof of such

service by August 6, 2020.

Dated:  August 3, 2020
       New York, New York

                          **LORNA G. SCHOFIELD**
                        **UNITED STATES DISTRICT JUDGE**