```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CARINA CRUZ,                                                 :
                                    Plaintiff,               :
                                                             :    19 Civ. 11836 (LGS)
              -against-                                      :
                                                             :          ORDER
32BJ SEIU, et al.,                                           :
                                    Defendants.              :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 10, 2020, Defendants filed pre-motion letters seeking to move to dismiss; it is hereby

**ORDERED** that the Order at Dkt. No. 70 is clarified as follows: a status conference will occur on **September 3, 2020, at 10:40 A.M.** The conference shall occur telephonically. It is further

**ORDERED** that, pursuant to the Order at Dkt. No. 70, by **August 20, 2020**, Plaintiff shall file any letter response to Defendants' pre-motion letters. It is further

**ORDERED** that Defendant SEIU shall serve this Order on Plaintiff and file proof of such service by August 13, 2020.

Dated: August 11, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**