UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARINA CRUZ,
                              Plaintiff,

                            19 Civ. 11836 (LGS)
            -against-

                            ORDER
32BJ SEIU, et al.,
                           Defendants.
------------------------------------------------------------X
LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was scheduled for September 3, 2020, at 10:40 A.M. (*See* Dkt. Nos. 70 and 77); it is hereby

**ORDERED** that the status conference will now occur on **September 3, 2020, at 10:55 A.M.** The conference shall occur telephonically. The time is approximate, but the parties shall ensure that they are dialed into the conference line by the appointed conference time. It is further

**ORDERED** that the status conference will occur on the following conference line provided by the parties:

    Conference Line: 929-205-6099
    Access Code: 99176177544#.

Dated: September 2, 2020
       New York, New York

                                                 LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE