UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                  :
CARINA CRUZ,                                     :
                        Plaintiff,            :
                                                  :          19 Civ. 11836 (LGS)
            -against-                      :
                                                  :                 <u>ORDER</u>
32BJ SEIU, et al.,                                :
                                      Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on June 30, 2020, Plaintiff filed a Second Amended Complaint (Dkt. No. 49);

       WHEREAS, pursuant to the Court's Order on July 1, 2020, the Clerk of Court was respectfully requested to deliver to the U.S. Marshals Service all the paperwork necessary for the U.S. Marshals Service to effect service of the Second Amended Complaint upon ABM Industries (Dkt. No. 52);

       WHEREAS, on July 2, 2020, the Clerk of Court did so;

       WHEREAS, on July 2, 2020, the U.S. Marshals Service mailed the summons and Second Amended Complaint to ABM Industries;

       WHEREAS, the U.S. Marshals Service has not received acknowledgment of receipt of service;

       WHEREAS, on July 31, 2020, Harry Mark Weinberg filed a notice of appearance on behalf of ABM Industries; it is hereby

       **ORDERED** that, by **September 28, 2020**, ABM Industries shall file a status letter indicating (1) whether it has received service and (2) if not, confirming whether it waives its right to service.

Dated: September 23, 2020
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE