```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CARINA CRUZ,                                                  :
                               Plaintiff,                     :
                                                              :      19 Civ. 11836 (LGS)
              -against-                                       :
                                                              :              ORDER
32BJ SEIU, et al.,                                            :
                               Defendants.                    :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a pre-motion letter, dated November 4, 2020, in anticipation of a motion to compel certain documents. Dkt. No. 117.

WHEREAS, on November 10, 2020, Defendant SEIU, Local 32BJ filed a responsive letter to Plaintiff's pre-motion letter at Docket No. 117, indicating that the parties have not met and conferred regarding this dispute. Dkt. No. 118.

WHEREAS, on November 12, 2020, Defendant ABM Industry Groups, LLC filed a responsive letter to Plaintiff's pre-motion letter at Docket No. 117, also indicating that the parties have not met and conferred regarding this dispute. Dkt. No. 122.   It is hereby

**ORDERED** that by **December 4, 2020**, the parties shall meet and confer to attempt to resolve this dispute and, to the extent necessary, jointly file a letter apprising the court as to any remaining issues.  It is further

**ORDERED** that by **November 23, 2020**, Defendant SEIU, Local 32BJ shall serve this Order on Plaintiff and file proof of service.

Dated: November 18, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE