```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CARINA CRUZ,                                                  :
                                        Plaintiff,            :
                                                              :       19 Civ. 11836 (LGS)
                     -against-                                :
                                                              :       ORDER
32BJ SEIU, et al.,                                            :
                                        Defendants.           :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Court's November 25, 2020, Order, a motion conference is scheduled for December 10, 2020, to discuss Plaintiff's motion to compel discrimination and workload grievances from May 2018 to the present moment and all communications between ABM and the Union from May 2018 to the present moment, concerning Plaintiff or Feruze Borici. Dkt. No. 128. It is hereby

**ORDERED** that the motion conference scheduled for December 10, 2020, is **ADJOURNED** to a date to be set by Magistrate Judge Sarah Netburn. It is further

**ORDERED** that this case is referred to Judge Netburn for general pretrial supervision. An Order of Reference to a Magistrate Judge will issue separately. It is further

**ORDERED** that by **December 10, 2020**, Defendant 32BJ SEIU shall serve a copy of this Order and the separately issuing Order of Reference to a Magistrate Judge on pro se Plaintiff.

Dated: December 9, 2020
      New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE