UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARINA CRUZ,

                            Plaintiff,                                  19-CV-11836 (LGS)(SN)

      -against-                                           **ORDER**

32BJ SEIU, et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On December 9, 2020, the Honorable Lorna G. Schofield referred this case to my docket for general pretrial supervision, including the pending Motion to Compel at ECF No. 126. Accordingly, a telephonic discovery conference is scheduled for December 21, 2020, at 3:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. It is further ORDERED that by December 11, 2020, Defendant 32BJ SEIU shall serve a copy of this Order on pro se Plaintiff.

**SO ORDERED.**

                                                                          _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:     New York, New York
                 December 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2020