UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                        :

CARINA CRUZ,                          :

                   Plaintiff,      :

                                        :                19 Civ. 11836 (LGS)

             -against-           :

                                        :                     ORDER

32BJ SEIU, et al.,                    :

                   Defendants.    :

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 12, 2021, the Court issued an Opinion and Order granting Defendant ABM's motion to dismiss in full, granting Defendant 32BJ SEIU's motion to dismiss in part and directing Plaintiff to file any motion for leave to amend by September 13, 2021.  (Dkt. No. 160.)

       WHEREAS, on September 13, 2021, Plaintiff filed two letters with the Court, entitled "New Claims of Discrimination & Retaliation Against SEIU 32BJ" (Dkt. No. 162) and "Breach of Fair Representation" (Dkt. No. 163).  It is hereby

       **ORDERED** that Plaintiff's September 13, 2021, letters are construed as a motion for leave to amend.  It is further

       **ORDERED** that Defendants file any response by **September 24, 2021**.

Dated:  September 14, 2021
        New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE