```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARINA CRUZ,

                          Plaintiff,                       19-CV-11836 (LGS)(SN)

        -against-                          **SCHEDULING ORDER**

32BJ SEIU, et al.,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The status conference previously scheduled for Tuesday, September 21, 2021, at 11:30 a.m. is RESCHEDULED for Wednesday, September 22, 2021, at 10:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:     New York, New York
                September 14, 2021