```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARINA CRUZ,

                                Plaintiff,            19-CV-11836 (LGS)(SN)

        -against-                                     SCHEDULING ORDER

32BJ SEIU, et al.,

                                Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The status conference previously scheduled for Wednesday, September 22, 2021, at 10:30 a.m. is ADJOURNED.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         September 20, 2021