UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2022
```

CARINA CRUZ,

                      Plaintiff,                    19-CV-11836 (LGS)(SN)

    -against-                                    <u>ORDER</u>

32BJ SEIU, et al.,

                      Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        Defendant 32BJ SEIU moved for summary judgment on January 7, 2022. As detailed in the Court's December 14, 2021 order, ECF No. 174, Plaintiff Cruz's opposition to Defendant's motion for summary judgment was due by February 4, 2022. Plaintiff has not filed any opposition as of the issuance of this order. In light of Plaintiff's *pro se* status, she is granted an additional ten (10) business days to file her opposition, no later than February 25, 2022. Defendant's reply, if any, will be due by March 11, 2022.

        Plaintiff is advised that, should she fail to submit her opposition in a timely manner, the Court may consider Defendant's motion for summary judgment fully briefed and ready for resolution.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:       February 10, 2022
                  New York, New York