```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CARINA CRUZ,

                                  **Plaintiff,**

                -against-

**32BJ SEIU, et al.,**

                                  **Defendants.**

-------------------------------------------------------------X

**19-CV-11836 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The Court has received Plaintiff's March 25, 2022 letter regarding the video recording of her deposition. ECF No. 188. Plaintiff claims that her pro bono counsel, who appeared to defend her deposition, sent such a video recording to Defendants, but that she does not have the video herself. Exhibit 1 to the letter contains Plaintiff's counter-statement to Defendants' Rule 56.1 Statement. See ECF No. 188-1.

The Court interprets Plaintiff's letter as a request that the Court order Defendants to produce the video recording of her deposition. By March 30, 2022, Defendants are to file a letter confirming that they have produced to Plaintiff a video recording of her deposition or that it does not exist. Defendants shall also provide Plaintiff with a transcript of the deposition.

Additionally, by April 1, 2022, Plaintiff shall file a letter confirming whether she intended Exhibit 1 to serve as the entirety of her opposition to Defendants' motion for summary judgment, or whether she plans to file a memorandum of law or any other additional document.

**SO ORDERED.**

DATED:     March 29, 2022
               New York, New York

                                                  SARAH NETBURN
                                                  United States Magistrate Judge