**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 4/5/2022
```

CARINA CRUZ,

                    **Plaintiff,**

           -against-

**32BJ SEIU, et al.,**

                    **Defendants.**

-----------------------------------------------------------------X

                    **19-CV-11836 (LGS)(SN)**

                     **ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      The Court has received a submission from Plaintiff by physical mail and filed it to the docket for the parties' and Court's view only. See ECF No. 191. The submission is materially similar to Plaintiff's March 25, 2022 letter but includes additional exhibits.

      By April 8, 2022, Plaintiff shall file a letter confirming whether she intended the submission that she mailed to the Court to serve as the entirety of her opposition to Defendants' motion for summary judgment, or whether she plans to file a memorandum of law or any other additional document. If Plaintiff does not file a letter by that date, the Court will consider Defendants' motion fully briefed and ready for resolution.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 5, 2022
            New York, New York