**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CARINA CRUZ,

                      Plaintiff,                      19 **CIVIL** 11836 (LGS)

      -against-                             **JUDGMENT**

SEIU LOCAL 32BJ, et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2022, the Union's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
            September 22, 2022

                                                          **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                            **BY:**

                                                           **Deputy Clerk**